[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-11021

Non-Argument Calendar

_____

JUAN JOSE RENDON DELGADO,

Plaintiff-Appellee,

*versus*

BLOOMBERG L.P.,
JORDAN ROBERTSON,
MICHAEL RILEY,

Defendants-Appellants,

_____

Appeal from the United States District Court
for the Southern District of Florida

2                        Opinion of the Court                    24-11021

D.C. Docket No. 1:17-cv-21192-KMW

————————————

Before BRANCH, GRANT, and JULIE CARNES, Circuit Judges.

PER CURIAM:

We may use our inherent administrative power to dismiss duplicative litigation to avoid wasting judicial resources. *See I.A. Durbin, Inc. v. Jefferson Nat'l Bank*, 793 F.2d 1541, 1551 (11th Cir. 1986); *United States v. Arlt*, 567 F.2d 1295, 1297 (5th Cir. 1978); *Sinochem Int'l Co. v. Malay. Int'l Shipping Corp.*, 549 U.S. 422, 431 (2007). In a separate appeal, no. 19-4046, this Court entered a limited remand to the district court for the purpose of determining whether it had subject-matter jurisdiction over the case in the first instance. The district court entered an order finding that it did have jurisdiction, from which the defendants now appeal. This appeal is unnecessary because the jurisdictional issue that the district court addressed on remand is already presented in appeal no. 19-14046. Dismissal of this appeal does not preclude the Court from considering the parties' arguments on that issue in appeal no. 19-14046.

Accordingly, this appeal is **DISMISSED** as duplicative. All pending motions are **DENIED** as moot.